```
1  F. DeARMOND SHARP, #780
   ROBISON, BELAUSTEGUI, SHARP & LOW
2  71 Washington Street
   Reno, NV  89503
3  Phone: 775-329-3151
   Fax: 775-329-7941
4  Email: dsharp@rbslattys.com

5  Attorneys for Henry R. Johnston and
   Douglas E. Johnston
6
```

**Electronically Filed 1/30/06**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

```
9   DOUGLAS E. JOHNSTON,

10          Plaintiff                              CV-N-05-00051-LRH-RAM
    v.
11
    COMBINED METALS REDUCTION
12  COMPANY, a Utah corporation;               SUBSTITUTION OF COUNSEL
    LAWRENCE T. ATKINSON, an                   FOR DOUGLAS E. JOHNSTON
13  individual; BBU MEZZANINE FUND II,         AND HENRY R. JOHNSTON
    a California limited partnership; TESORO
14  GOLD COMPANY, a Nevada corporation;
    GERALD H. LITWIN, an individual; C.
15  PECK HAYNE, an individual; LOTTE SHIFFE,
    an individual; JAMES H. BOETTCHER, an
16  individual; and JOHN DOES, unknown
17  individuals and entities,

18          Defendants.                    /
19
    COMBINED METALS REDUCTION
20  COMPANY, a Utah corporation qualified to
    conduct business in Nevada; TESORO GOLD
21  COMPANY, a Nevada Corporation,

22          Plaintiffs,
23  v.

24  HENRY R. JOHNSTON; DOUGLAS E.
    JOHNSTON,
25
            Defendants.                    /
```

K:\54\54636.001\plead\SubCounselUSDC.doc

| | |
|---|---|
| 1 | HENRY R. JOHNSTON and DOUGLAS E. JOHNSTON, hereby consent to |
| 2 | the substitution of F. DeArmond Sharp and the firm of Robison, Belaustegui, Sharp |
| 3 | Low in the place of Ray, Quinney & Nebeker and Beesley, Peck & Matteoni, Ltd. as |
| 4 | their attorneys of record in the above-entitled matter. |

_/s/ Henry Johnston_
HENRY R. JOHNSTON

_/s/ Douglas E. Johnston_
DOUGLAS R. JOHNSTON

The law firm of Ray, Quinney & Nebeker hereby consents to the above substitution of counsel for Henry R. Johnston and Douglas R. Johnston.

RAY QUINNEY & NEBEKER

By _____

P. O. Box 75385
Salt Lake City, UT 84145-0385

The law firm of Beesley, Peck & Matteoni hereby consents to the above substitution of counsel for Henry R. Johnston and Douglas R. Johnston.

BEESLEY, PECK & MATTEONI, LTD.

By _/s/ Bruce T. Beesley_
BRUCE T. BEESLEY, #1164
5011 Meadowood Mall Way, Suite 300
Reno, NV 89502

2

| | |
|---|---|
| 1 | HENRY R. JOHNSTON and DOUGLAS E. JOHNSTON, hereby consent to |
| 2 | the substitution of F. DeArmond Sharp and the firm of Robison, Belaustegui, Sharp & |
| 3 | Low in the place of Ray, Quinney & Nebeker and Beesley, Peck & Matteoni, Ltd. as |
| 4 | their attorneys of record in the above-entitled matter. |
| 5 | |
| 6 | _____ |
| | HENRY R. JOHNSTON |
| 7 | |
| 8 | _____ |
| | DOUGLAS R. JOHNSTON |
| 9 | |
| 10 | The law firm of Ray, Quinney & Nebeker hereby consents to the above |
| 11 | substitution of counsel for Henry R. Johnston and Douglas R. Johnston. |
| 12 | RAY QUINNEY & NEBEKER |
| 13 | By /s/ [signature] |
| 14 | |
| 15 | P. O. Box 75385 |
| | Salt Lake City, UT  84145-0385 |
| 16 | |
| 17 | The law firm of Beesley, Peck & Matteoni hereby consents to the above |
| 18 | substitution of counsel for Henry R. Johnston and Douglas R. Johnston. |
| 19 | BEESLEY, PECK & MATTEONI, LTD. |
| 20 | |
| 21 | By [signature] |
| | BRUCE T. BEESLEY, #1164 |
| 22 | 5011 Meadowood Mall Way, Suite 300 |
| 23 | Reno, NV 89502 |
| 24 | |
| 25 | |

1  F. DeArmond Sharp and the law firm of Robison, Belaustegui, Sharp & Low
2  consent to the above substitution of counsel for Henry R. Johnston and Douglas R.
3  Johnston.

ROBISON, BELAUSTEGUI, SHARP & LOW

By /s/ F. DeArmond Sharp
F. DeARMOND SHARP #780
71 Washington Street
Reno, NV 89503

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: __ January 31, 2006 _____

3