IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TESORO GOLD COMPANY, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>HENRY R. JOHNSTON; DOUGLAS E. JOHNSTON,<br><br>Defendants. | Case No.  3:05-cv-0051-LRH-RAM<br>           3:05-cv-0052 [Consolidated] |

**STIPULATION AND ORDER FOR EXTENSION**
(First Request)

IT IS HEREBY STIPULATED by and between Plaintiff Tesoro Gold Company, by and through its counsel of record, and Defendants Henry R. Johnston and Douglas E. Johnston, by and through their counsel of record, that the last day to file oppositions to their respective Motions for Summary Judgment, filed on the 30th day of January, 2009 in the above-entitled matter, be extended up to and including March 3, 2009.

/ / /

/ / /

/ / /

/ / /

15846.003/4810-7627-5971.1

1     This request is being made in good faith and not for purposes of delay.

2   DATED: February __12__, 2009.       DATED: February __12th__, 2009.

3   PARSONS BEHLE & LATIMER       ROBISON BELAUSTEGUI SHARP & LOW

*/s/ Robert W. DeLong*        */s/ Mark G. Simons*

Robert W. DeLong, Esq.        Mark G. Simons, Esq.
Nevada Bar No. 10022        Nevada Bar No. 5132
50 W. Liberty Street, Suite 750        71 Washington Street
Reno, Nevada 89501        Reno, Nevada 89503
(775) 323-1601        (775) 329-3151

Attorneys for Plaintiff        Attorneys for Defendants

IT IS SO ORDERED:

*/s/ Larry R. Hicks*

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: February 17, 2009.

15846.003/4810-7627-5971.1      - 2 -