AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

TESORO GOLD COMPANY,
a Nevada Corporation,

      Plaintiff,                    JUDGMENT IN A CIVIL CASE

V.

                                 CASE NUMBER: **3:05-cv-00051-LRH-RAM**

HENRY R. JOHNSTON; DOUGLAS E. JOHNSTON,

      Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**\_X\_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' #33 and #48 Motions for Summary Judgment are hereby GRANTED. IT IS FURTHER ORDERED that Tesoro's #49 Motion for Partial Summary Judgment is hereby DENIED.

   March 20, 2009                                   **LANCE S. WILSON**
                                                        Clerk

                                                 /s/ Kalani Lizares
                                                    Deputy Clerk